I

Your Honor,

I am writing this letter to appeal the decision you made regarding my sentence on August 10, 2023. Is there any way my sentence could be reduced to 24 months, and my probation to 3 years? I would greatly appreciate your consideration.

The reason I am requesting this change is that I am uncertain if I'll be able to return to society and my family, including my grandchildren, with the current sentence you have given me. I have serious medical Issues, including a bad heart, and require surgery as soon as possible. Unfortunately, I am unsure when I can undergo the necessary surgery.

Your Honor, could you find it in your Heart to forgive me for my sins and actions in my case? I deeply regret my decisions and the shame they have brought. I promise I will never be involved in a crime like this again. I have learned a lot from this experience and I am committed to bettering myself.

II

thank you for taking the time to read my letter. I hope you can find it in your heart to grant me forgiveness.

Thank You and God bless.

Sincerely,
Roberto Diaz